

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 1 3 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:06cr90BS

ANTHONY BURROUGHS

### AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Anthony Burroughs**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1.  The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2.  The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant and/or his co-defendant obtained, directly or indirectly, as a result of the offense charged in the Bill of Information and/or it is property that the defendant and/or his co-defendant used to commit, or to facilitate the commission of, the offenses charged in the Bill of Information. Further, the crime charged in Count 1 of the Bill of Information is conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 371, a crime

punishable by more than one year's imprisonment. Such property is, therefore, subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1) and Title 28 United States Code, Section 2461(c).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. Any and/or all of the right, title, and interests of the defendant, **Anthony Burroughs** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

### PERSONAL PROPERTY

a) $1,257.67 in U. S. Currency seized from Trustmark National Bank account number 100-773-6572;

b) $59,033.02 in U. S. Currency seized from Trustmark National Bank account number 100-031-4161;

c) $3,951.17 in U. S. Currency seized from Trustmark National Bank account number 100-005-5889;

d) $5,384.06 in U. S. Currency seized from Trustmark National Bank account number 100-033-8624;

e) $1,304.07 in U. S. Currency seized from Trustmark National Bank account number 100-046-8223;

f) $54,726.58 in U. S. Currency seized from Trustmark National Bank account number 100-005-5897; and

g) ~~a money judgment and/or substitute assets of the defendant in the amount of $200,000.00~~  JH WB CLE

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal for publication the proper notice, issued by the Clerk, and the Marshal shall cause such notice to be published once a week for three

consecutive weeks in the **Clarion Ledger**, a newspaper published in Hinds County, Mississippi.

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant **Anthony Burroughs** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 13th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
CYNTHIA ELDRIDGE
Assistant U.S. Attorney

_____
ANTHONY BURROUGHS
Defendant

_____
JOSEPH M. HOLLOMON, ESQ.
Attorney for Anthony Burroughs